JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

```
RONALD SUSCHANK,                    )   Case No. CV 11-3620-MLG
                                    )
            Plaintiff,              )        JUDGMENT
                                    )
      v.                            )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of the                 )
Social Security Administration,     )
                                    )
            Defendant.              )
_____)
```

   IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED:  May 22, 2012

                              _____
                              MARC L. GOLDMAN
                              United States Magistrate Judge